UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1812
(5:18-cv-00114-GMG-RWT)

_____

CHARLES W. BELLON; ROBERT E. EAKIN; JUDY GAY BURKE; LOUISE NICHOLS; WILTON G. WALLACE; BERNADOT F. VEILLON; BARBARA BROWN; ROBERT E. WILLIAMS, on behalf of themselves and others similarly situated

      Plaintiffs - Appellants

v.

THE PPG EMPLOYEE LIFE AND OTHER BENEFITS PLAN; PPG INDUSTRIES, INC.; THE PPG PLAN ADMINISTRATOR

      Defendants - Appellees

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Wynn, and Judge Rushing.

                          For the Court

                          /s/ Patricia S. Connor, Clerk